464 A.2d 1225

COMMONWEALTH of Pennsylvania

v.

Frank WESTON, Petitioner.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1983.

Decided Sept. 21, 1983.

Lester G. Nauhaus, John H. Corbett, Jr., John R. Cook, Bruce Ledewitz, Pittsburgh, for petitioner.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Melinda G. Tell, Asst. Dist. Atty., Pittsburgh, for respondent.

Thomas W. Pomeroy, Jr., Pittsburgh, for amicus curiae Crim. Div., Court of Common Pleas of Allegheny County.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The order of the Court of Common Pleas of Allegheny County dated May 20, 1983, is vacated and the matter is remanded for sentencing proceedings before the trial judge.